**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, | ) ) ) |
| | ) CASE NO. 4:25-CV-00066 |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SAFILO AMERICA, INC. | ) ) |
| Defendant. | ) |

**DISCLOSURE STATEMENT**

    Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Safilo America, Inc., hereby discloses the following:

  1.  If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

      a.  Whether it is publicly traded, and if it is, on which exchange(s):

          Safilo American, Inc. is not a publicly traded company.

      b.  Its parent companies or corporations (in none, state "none"):

          Safilo America, Inc. is a wholly owned subsidiary of Safilo SpA.

      c.  Its subsidiaries not wholly owned by the subject (if none, state "none"):

          Blenders Eyewear LLC and Privè Goods, LLC are subsidiaries not wholly owned by Safilo America, Inc.

      d.  Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

          None.

    By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); see also Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Dated: April 3, 2025                          **COZEN O'CONNOR**

By: *s/ Marisa Saber*
Marisa Saber (#60360MO)
123 N Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3100
MSaber@cozen.com

Max E. Kaplan (*pro hac vice forthcoming*)
COZEN O'CONNOR
One Liberty Place
1650 Market Street Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-4682
Fax: (215) 701-2282
MKaplan@cozen.com

*Attorneys for Defendant Safilo American, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 3, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing on all parties of record.

*s/ Marisa L. Saber*
Marisa L. Saber, Esquire
