# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SAFILO AMERICA, INC. D/B/A BLENDERS EYEWEAR<br><br>Defendant. | Case No.   25-cv-66 |

## PLAINTIFF'S CONSENT MOTION TO SUBSTITUTE PARTY NAME

The plaintiff moves to substitute the party name "Blenders Eyewear, LLC" for the currently named "Safilo America, Inc. d/b/a Blenders Eyewear" Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the Defendant has provided Plaintiff's counsel with sufficient information demonstrating the correct party.

Dated: May 15, 2025

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510

2

anthony@paronichlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2025, I filed the foregoing through the Court's CM/ECF system.

By: */s/ Anthony Paronich*