UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN          DIVISION

| | | |
|---|---|---|
| Bobby Morris | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 4:25-CV-00066 |
| | ) | |
| Blenders Eyewear, LLC | ) | |
| Defendant. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Max E. Kaplan, move to be admitted pro hac vice to the bar of this court for the purpose of representing Blenders Eyewear, LLC in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)    Full name of the movant-attorney;
    Max E. Kaplan

(b)    Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

    Name: Cozen O'Connor
    Address: One Liberty Place, 1650 Market Street, Suite 2800
    City, State Zip: Philadelphia, PA 19103
    Phone No.: 215-665-4682
    Fax No.: 215-701-2282

(c)    Email for movant-attorney;
    mkaplan@cozen.com

(d)    Name of the law school(s) movant attended and the date(s) of graduation therefrom;
    New York University School of Law, J.D., 2013

(e)    Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any; **See attached Rider**

| Jurisdiction | Yr. Admitted | Reg. Number |
|---|---|---|
| Supreme Court of New York | 2014 | 5196399 |
| Supreme Court of Pennsylvania | 2017 | 323140 |
| U.S.D.C. Southern District of NY | 2015 | |
| U.S.D.C. Eastern District of NY | 2015 | |

(f)    The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

*/s/ Max E. Kaplan*
_____
Signature of Movant

# **RIDER FOR ADDITIONAL ADMISSIONS**
# **FOR MAX E. KAPLAN**

| **Court** | **Date of Admission** | **Bar Number** |
|---|---|---|
| Supreme Court of New York | January 23, 2014 | 5196399 |
| Supreme Court of Pennsylvania | March 20, 2017 | 323140 |
| U.S. District Court for the Southern District of New York | October 13, 2015 | |
| U.S. District Court for the Eastern District of New York | October 21, 2015 | |
| U.S. District Court for the Eastern District of Pennsylvania | May 23, 2018 | |
| U.S. District Court for the Middle District of Pennsylvania | February 2, 2024 | |
| U.S. District Court for the Northen District of Illinois | July 2, 2024 | |
| U.S. Court of Appeals for the Ninth Circuit | July 26, 2024 | |