

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Max Evan Kaplan, Esq.*

### DATE OF ADMISSION

*March 20, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  March 24, 2025

*Darian Holland*
Darian Holland
Chief Clerk