

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Darby Noelle Baliga, Esq.**

DATE OF ADMISSION

**November 9, 2023**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 23, 2025

*Darian Holland*
Darian Holland
Chief Clerk