UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Bobby Morris ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 4:25-CV-00066 |
| ) | |
| Blenders Eyeware, LLC ) | |
| Defendant. ) | |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Jeffrey M. Monhait, move to be admitted pro hac vice to the bar of this court for the purpose of representing Blenders Eyeware, LLC in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)   Full name of the movant-attorney;
   Jeffrey M. Monhait

(b)   Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

   Name: Cozen O'Connor
   Address: One Liberty Place, 1650 Market Street, Suite 2800
   City, State Zip: Philadelphia, Pennsylvania 19103
   Phone No.: 215-665-2084
   Fax No.: 215-989-4183

(c)   Email for movant-attorney;
   jmonhait@cozen.com

(d)   Name of the law school(s) movant attended and the date(s) of graduation therefrom;
   Harvard Law School, J.D. 2012

(e)   Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any; **See Attachment A**

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| Commonwealth of Pennsylvania | 2012 | 314104 |
| State of New Jersey | 2012 | 031122012 |
| State of New York | 2020 | 5804471 |
| State of Arizona | 2023 | 038707 |

(f)   The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)    Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

    Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

# ATTACHMENT A

(Last updated 5/21/2025)

Jeffrey M. Monhait is admitted to practice before the following Courts:

| Title of Court | Date of Admission | In Good Standing? |
| --- | --- | --- |
| USDC District of Arizona | 1/3/2024 | Yes |
| USDC District of New Jersey | 1/15/2013 | Yes |
| USDC Southern District of New York | 9/29/2020 | Yes |
| USDC Eastern District of New York | 2/14/2022 | Yes |
| USDC Eastern District of Pennsylvania | 1/23/2013 | Yes |
| USDC Middle District of Pennsylvania | 4/12/2019 | Yes |
| USDC Western District of Pennsylvania | 12/3/2021 | Yes |
| USDC District of Colorado | 6/1/2021 | Yes |
| USDC Northern District of Ohio | 3/31/2023 | Yes |
| USDC Southern District of Texas | 6/17/2022 | Yes |
| US Court of Appeals Third Circuit | 2/15/2014 | Yes |
| US Court of Appeals Ninth Circuit | 4/18/2019 | Yes |
| US Court of Appeals Eleventh Circuit | 12/3/2021 | Yes |
| US Court of Appeals Fifth Circuit | 11/15/2022 | Yes |
| State | Date of Admission | In Good Standing? |
| Pennsylvania - 314104 | 11/7/2012 | Yes |
| New Jersey - 031122012 | 11/26/2012 | Yes |
| New York - 5804471 | 7/28/2020 | Yes |
| Arizona - 038707 | 11/17/2023 | Yes |