

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Jeffrey Michael Monhait, Esq.**

DATE OF ADMISSION

**November 7, 2012**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 27, 2025

Nicole Traini
Chief Clerk