**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) CASE NO. 4:25-CV-00066 ) ) ) |
| v. | ) ) |
| BLENDERS EYEWEAR, LLC | ) ) ) |
| Defendant. | ) ) |

### PROPOSED ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of Blenders Eyewear, LLC's ("Blenders") Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint, and for good cause shown, it is hereby **ORDERED** that Blenders' Motion is **GRANTED**, and the deadline for Blenders to answer, move, or otherwise respond to Plaintiff's Complaint is extended up to and including July 29, 2025.

BY THE COURT:

_____
Judge Sarah E. Pitlyk