# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BLENDERS EYEWEAR LLC<br><br>Defendant. | Case No.  25-cv-66 |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days. The plaintiff respectfully requests that the Court stay this action and adjourn all deadlines.

Dated: July 28, 2025         PLAINTIFF,

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

2

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I filed the foregoing through the Court's CM/ECF system.

By: */s/ Anthony Paronich*