# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLENDERS EYEWEAR LLC<br><br>Defendant. | Case No.  25-cv-66 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

Dated: August 24, 2025                    PLAINTIFF,

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2025, I filed the foregoing through the Court's CM/ECF system.

By: */s/ Anthony Paronich*